UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JAIR HERNANDEZ SERRANO,

Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No. 26-cv-03452-EKL

**ORDER**

Re: Dkt. Nos. 5, 6

On April 23, 2026, the Court granted Petitioner Kevin Jair Hernandez Serrano's motion for a temporary restraining order ("TRO Order"), ordering Petitioner's release from custody and that the Government facilitate his prompt return to the Northern District of California if he had been removed. ECF No. 5 (Wise, J.) (ordering "release [of] Petitioner from custody as soon as practicable and no later than **11:00 p.m. PT today, April 23, 2026**"). Today, the Government filed a status report as ordered by the Court. Status Report, ECF No. 6 (indicating that the Government had transferred Petitioner and was in transit out of the Northern District prior to the Court's TRO Order). The status report reflects that the Government is attempting to comply with the TRO Order and is communicating with Petitioner's counsel. *Id.* ("Respondents are diligently endeavoring to comply with the Court's order . . . to release Petitioner and return him to San Francisco as quickly as possible.").

Having reviewed Respondents' status report dated April 24, 2026, the Court ORDERS the Government to file an additional status report by Saturday, April 25, 2026, at 11:00 a.m., and to file a further status report every 24 hours thereafter until Petitioner's release from custody. Parties are further ORDERED to meet and confer, and file a joint case management statement by April 27, 2026, at 5:00 p.m., indicating whether the expedited briefing schedule set forth in the TRO

United States District Court
Northern District of California

Order is required and the parties' proposed next steps in this action.

**IT IS SO ORDERED.**

Dated:  April 24, 2026

_____
Eumi K. Lee
United States District Judge