Jordan Weiner (SBN 356297)
Jordan@LRCL.org
La Raza Centro Legal
474 Valencia St., Ste 295
San Francisco, CA 94103
Telephone: (415) 553-3435

*Attorney for Petitioner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KEVIN JAIR HERNANDEZ SERRANO, | CASE NO. 5:26-cv-03452 |
| Petitioner, | **STIPULATION** |
| v. | |
| SERGIO ALBARRAN et al., | |
| Respondents. | |

Stipulation
Case No. 5:26-cv-03452-EKL

The Court ordered the parties to meet and confer within 14 days of the preliminary injunction hearing on May 7, 2026 regarding the filing of a stipulation for further extension or modification of the temporary restraining order. ECF 17.

Pursuant to that order, the parties have agreed to extend the TRO to June 4, 2026.

DATED: May 12, 2026                    LA RAZA CENTRO LEGAL

                                       ** */s/ Jordan Weiner*
                                       JORDAN WEINER
                                       Attorney for Petitioner

DATED: May 12, 2026                    Respectfully submitted,

                                       CRAIG H. MISSAKIAN
                                       United States Attorney

                                       ***/s/ William Skewes-Cox*
                                       WILLIAM SKEWES-COX
                                       Special Assistant United States
                                       Attorney

                                       Attorneys for Respondents


                                       ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of
                                       this document has obtained approval from this
                                       signatory.

Stipulation
Case No. 5:26-cv-03452-EKL

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the TRO is extended until June 4, 2026.

IT IS SO ORDERED.

DATED:  __May 12, 2026__

_____
The Honorable Eumi K. Lee
United States District Judge

Stipulation
Case No. 5:26-cv-03452-EKL